## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF TENNESSEE
## NASHVILLE DIVISION

DALE MAISANO,                          )
                               )
      Plaintiff,                    )
                               )
v.                                     )     Case No. 3:14-mc-00077
                               )
CORIZON HEALTH INC. et al.,            )     Chief Judge Haynes
                               )
      Defendants.                   )

## ORDER

       The complaint in this case is frivolous and fails to comply with the Order and Restraining

Order entered by Senior United States District Judge Stephen M. McNamee on August 11, 1992.

*See Maisano v. Lewis*, CIV 92-1026-PHX-SMM (MS) (D. Ariz. Aug. 11, 1992) (Order and

Restraining Order). Pursuant to the Restraining Order, any "[f]ailure to comply strictly with [its]

terms . . . will be sufficient ground to deny leave to file." *Id.* Because Plaintiff made no attempt

with his current filing to comply with the Restraining Order, the present complaint is hereby

**DISMISSED WITHOUT PREJUDICE.** An appeal of this order would not be in good faith,

and the Court will not grant leave to appeal *in forma pauperis*.

       The Clerk is **DIRECTED** to assign a civil action number to this case, to enter judgment

and to close the case, in accordance with Rule 58, Fed. R. Civ. P.

       It is so **ORDERED.**

       **ENTERED** this the 25th day of January, 2014.

                                WILLIAM J. HAYNES, JR.
                                Chief Judge
                                United States District Court